UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN F. WINSTON

       v.                                                          CA 15-220 ML

STATE OF RHODE ISLAND

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on September 10, 2015 (Docket #5).   No objection has been filed and the time for doing so has passed.

The Court adopts the Report and Recommendation in its entirety.   The Motion to Dismiss is GRANTED; the Petition for Writ Habeas Corpus is DISMISSED because it is based on unexhausted claims.


SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
October 15, 2015